JACKSON LEWIS P.C.
44 South Broadway
14th Floor
White Plains, New York 10601
(914) 872-8060
ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CRISTHIAN DIAZ, *on behalf of himself and others similarly situated*, | : | Hon. Alison J. Nathan, U.S.D.J. |
| Plaintiff, | : | Civil Action No. 16-CV-02915 |
| vs. | : | |
| POTBELLY SANDWICH WORKS, LLC, | : | |
| Defendant. | : | |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

The undersigned parties, by and through their respective counsel of record, stipulate and agree that the above entitled matter be dismissed with prejudice.

For the Defendant Potbelly Sandwich Works, LLC:

By: _____
Joseph J. Lynett, Esq.
Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains, NY 10601
Telephone: (914) 872-6888
Fax: (914) 946-1216
joseph.lynett@jacksonlewis.com

Date: 8/8/16

For the Plaintiff Cristhian Diaz:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
Telephone: (212) 465-1188
Fax: (212) 465-1188
cklee@leelitigation.com

Date: 8-8-16

SO ORDERED

_____
U.S.D.J.

_____
Dated