JACKSON LEWIS P.C.
44 South Broadway
14th Floor
White Plains, New York 10601
(914) 872-8060
ATTORNEYS FOR DEFENDANT

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: AUG 0 9 2016
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CRISTHIAN DIAZ, *on behalf of himself and others similarly situated,* | : | Hon. Alison J. Nathan, U.S.D.J. |
| Plaintiff, | : | Civil Action No. 16-CV-02915 |
| vs. | : | |
| POTBELLY SANDWICH WORKS, LLC, | : | |
| Defendant. | : | |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

The undersigned parties, by and through their respective counsel of record, stipulate and agree that the above entitled matter be dismissed with prejudice.

For the Defendant Potbelly Sandwich Works, LLC:

By: _____
Joseph J. Lynett, Esq.
Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains, NY 10601
Telephone: (914) 872-6888
Fax: (914) 946-1216
joseph.lynett@jacksonlewis.com

Date: 8/8/16

For the Plaintiff Cristhian Diaz:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
Telephone: (212) 465-1188
Fax: (212) 465-1188
cklee@leelitigation.com

Date: 8-8-16

SO ORDERED

_____
U.S.D.J.

_____
Dated

SO ORDERED:

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

AUG 0 9 2016